UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No.: 26-7074 (EAP) |
| v. | : | |
| WILLIAM JOHNSON | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Jeffrey B. Bender, (Jeffrey.Bender@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

Respectfully Submitted,

ROBERT FRAZER
United States Attorney

_*/s/ Jeffrey B. Bender*_______________
JEFFREY B. BENDER
Assistant U.S. Attorney
United States Attorney's Office

Dated: November 5, 2026